JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG TAN NGUYEN,<br>Petitioner,<br>v.<br>US IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>Respondents. | Case No. 5:26-cv-02085-KK-AS<br><br>JUDGMENT |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting a preliminary injunction (Dkt. No. 11), and Respondents are ENJOINED from re-detaining Petitioner under 8 U.S.C. § 1231(a)(6) unless and until

///

///

///

Respondents follow the procedural safeguards set forth in 8 C.F.R. §§ 241.4, 241.13, and all other relevant applicable statutes and regulations. (JS-6)

Dated: September 11, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge